IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-0993 |
| | § | |
| TAGGED, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

## NOTICE OF RELATED CASES

Plaintiff Emmanuel C. Gonzalez respectfully submits this Notice of Related Cases. The individual matters listed below involve the same set of United States Patents, were pending as of the date of filing of the Original Complaint in the above-styled case, and Plaintiff Emmanuel C. Gonzalez is also the Plaintiff in each such matter:

| Case No. | Filed | Defendant(s) | Court | Judge |
|---|---|---|---|---|
| 2:14-cv-0630 | 5/14/2014 | Zulily, Inc. | EDTX | Gilstrap |
| 2:14-cv-0651 | 5/30/2014 | Autotrader.com, Inc. | EDTX | Gilstrap |
| 2:14-cv-0650 | 5/30/2014 | Social Concepts, Inc. | EDTX | Gilstrap |
| 2:14-cv-0769 | 7/11/2014 | Anastasia Int'l | EDTX | Gilstrap |
| 2:14-cv-0770 | 7/11/2014 | Homes.com, Inc. | EDTX | Gilstrap |
| 2:14-cv-0906 | 9/23/2014 | Infostream | EDTX | Gilstrap |
| 2:14-cv-0907 | 9/23/2014 | New Life Ventures | EDTX | Gilstrap |
| 2:14-cv-0952 | 10/14/2014 | Global Personals | EDTX | Gilstrap |
| 2:14-cv-0963 | 10/16/2014 | Elite Marketing | EDTX | Gilstrap |
| 2:14-cv-0992 | 10/22/2014 | Snap Interactive | EDTX | Gilstrap |

//

1

| | |
|---|---|
| October 23, 2014 | Respectfully submitted, |

   /s/   M. Scott Fuller
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@lockelord.com
Paul D. Lein
   Texas Bar No. 24070133
   plein@lockelord.com
Darrian L. Campbell
   Texas Bar No. 24087250
   dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR PLAINTIFF**
**EMMANUEL C. GONZALEZ**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2014, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

   /s/   M. Scott Fuller

DAL:0104995/00030:2328577v1