AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED-CLERK
2014 NOV 12 AM 11:57
TX EASTERN MARSHALL
BY: _____

| | ) |
|---|---|
| Kappa Digital, LLC | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:14-cv-935 |
| | ) |
| Iridium Communications Inc., et al. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Blue Sky Network LLC
      1298 Prospect Street, Suite 1D
      La Jolla, California 92037

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
           Ronald W. Burns, Esq.
           15139 Woodbluff Dr.
           Frisco, TX 75035

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/15/14                           /s/ David Maland
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:14CV935

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* BLUE SKY NETWORK, LLC
was received by me on *(date)* 10/21/2014

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* LILLIE CHEANG - VICE PRESIDENT , who is designated by law to accept service of process on behalf of *(name of organization)* BLUE SKY NETWORK, LLC on *(date)* 10/22/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/23/2014

*Server's signature*

EDWARD STALLMAN  RS #585  SAN DIEGO COUNTY
*Printed name and title*

SPECIAL DELIVERY OF TEXAS
5470 L.B.J. FREEWAY
DALLAS, TX 75240
*Server's address*

Additional information regarding attempted service, etc: