# United States District Court
## FOR THE EASTERN DISTRICT OF TEXAS

FILED-CLERK
U.S. DISTRICT COURT

2014 NOV 12 AM 11:56

TX E/...... MARSHALL

EMMANUEL C. GONZALEZ,

    Plaintiff,

v.

TAGGED, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:14-cv-993

TO:    **TAGGED, INC.**
          c/o Greg Tseng
          840 Battery Street
          Second Floor
          San Francisco, CA 94111

     YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY, M. Scott Fuller, Locke Lord LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776

an answer to the complaint which is herewith served upon you, within \_\_\_\_21\_\_\_\_days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_/s/ David Maland_                                        10/23/14

CLERK                                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-993

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tagged, Inc.
was received by me on *(date)* 10/27/2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Louis Willisey, General Counsel at 1:05pm, who is designated by law to accept service of process on behalf of *(name of organization)* Tagged, Inc., 840 Battery St., 2nd Floor, San Francisco, CA 94111 on *(date)* 11/03/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/03/2014

*Server's signature*

Dietrich Rapalski, process server #1236   SF County
*Printed name and title*

Certified Process Servers, LLC
PO Box 496508
Garland, TX 75049
*Server's address*

Additional information regarding attempted service, etc: