UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:14-cv-993
Name of party requesting extension: TAGGED, INC.
Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/03/2014
Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 12/24/2014   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Nicholas A. Brown
State Bar No.: CA 198210 (admitted EDTX)
Firm Name: Greenberg Traurig
Address: 4 Embarcadero Center, Suite 3000
San Francisco, CA 94111

Phone: 415.655.1300
Fax:   415.707.2010
Email: brownn@gtlaw.com

A certificate of conference does not need to be filed with this unopposed application.